# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE DIVISION

JOHN M. FLOYD & ASSOCIATES, INC.                                                    PLAINTIFF

VS.                                          4:03CV00919 JTR

SUPERIOR FEDERAL BANK, FSB                                                          DEFENDANT
(NOW KNOWN AS AREVEST BANK)

## ORDER

Counsel for the parties have advised the Court that this matter has been finally settled.

IT IS THEREFORE ORDERED that this action is DISMISSED, WITH PREJUDICE. The Court will retain jurisdiction over this case for thirty (30) days from the date this Order is entered and will vacate this Order and reopen the case if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

Dated this 14th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE